423 A.2d 1319

Johnson et al. v. Keystone Ins. Co., Appellant.

Argued March 22, 1979. Dudley Hughes, for appellant; Bernard M. Gross, for appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order affirmed.

423 A.2d 1320

Miller, Appellant v. Prudential Realty Company.

Submitted October 26, 1978. John W. Ford, for appellant; Cosmos J. Reale, for appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Order affirmed.